## People of State of Illinois ex rel. Anne Harrison, Appellee, v. Vincent Siroky, Appellant.

**Gen. No. 45,419.**

Joseph
Lustfield, for appellant; John S. Boyle, State's Attorney for Cook county, for appellee; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed May 9, 1951; released for publication July 5, 1951.